# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>TASHINA ANGALENE FRANCO,<br><br>                    Defendant. | Case No. 1:25-cr-00183-KES-1<br><br>ORDER ON HEARING REGARDING SUPERSEDING PETITION FOR VIOLATION OF SUPERVISED RELEASE UNDER FED.R.CRIM.P. 32.1(b)(1)(A)<br><br>(ECF No. 11) |

On July 7, 2026, the Court held a hearing on the Superseding Petition regarding a petition for violation of supervised release pursuant to Fed.R.Crim.P. 32.1(b)(1)(A).  (ECF Nos. 11, 16.). Joseph Barton, appeared on behalf of the Government.  Mark Broughton appeared on behalf of Defendant Tashina Angalene Franco.  The Defendant was present.

Having considered the testimony and the admitted exhibits, as well as judging credibility and giving appropriate weight to the evidence presented, the Court finds that, for the reasons stated on the record, the Government has proven by probable cause that the violations in Charges 1, 2, and 3 in the superseding petition filed on June 24, 2026, occurred and were committed by Defendant.

The matter is now set for a contested hearing before the district judge on August 3, 2026, at 9:30 am.  The Defendant is ordered to appear.

IT IS SO ORDERED.

Dated:     **July 7, 2026**                            _____

                                                                            STANLEY A. BOONE
                                                                            United States Magistrate Judge