ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>TASHINA ANGALENE FRANCO,<br><br>Defendant. | Case No. 1:25-cr-00183-KES<br><br>**STIPULATION TO SET ADMISSION HEARING AND VACATE CONTESTED HEARING**<br><br>Date; July 27, 2026<br>Time: 2:00 p.m. |

The parties submit this stipulation and request that the Court vacate the Contested Hearing currently set for August 3, 2026, at 9:30 a.m. and set an Admission Hearing for July 27, 2026, at 2:00 p.m.

On June 24, 2026, a Superseding Petition for Violation of Supervised Release ("Superseding Petition") was filed against Tashina Angalene Franco, the defendant, charging: 1) Failure to Participate in Residential Treatment Program; 2) New Law Violation; and 3) New Law Violation. ECF 11. On July 7, 2026, the Court held a Preliminary Hearing on the Superseding Petition and found there was probable cause for the three charges on the Superseding Petition. ECF 16. At that hearing, the Court set a Contested Hearing on August 3, 2026 at 9:30 p.m. before the Honorable District Judge Kirk E. Sherriff. *Id.* The parties have reached a resolution in this matter and defense counsel informed the government that Ms. Franco will be entering an admission to Charges 1 and 3.

Therefore, the parties respectfully request that the Court vacate the Contested Hearing set for August 3, 2026, and set an Admission Hearing on July 27, 2026.

Respectfully submitted,

Dated: July 20, 2026

*/s/ Mark A. Broughton*
Mark A. Broughton
Attorney for Tashina Angalene Franco

*/s/ Arelis M. Clemente*
ARELIS M. CLEMENTE
Assistant United States Attorney

ORDER

IT IS HEREBY ORDERED that the Contested Hearing currently set for August 3, 2026, at 9:30 a.m. before District Judge Kirk E. Sherriff, be vacated and an Admission Hearing be set for July 27, 2026, at 2:00 p.m. before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated: **July 21, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE